UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BROWN'S VILLAGE PLAZA, et al.,

                Plaintiff,

v.

MT. HAWLEY INSURANCE COMPANY,
                Defendants.
_____

23 Civ. 11065 (PKC)

ORDER

CASTEL, United States District Judge.

        The failure to comply with the Individual Practices requires the undersigned to take time away from other cases to look up the date of the next conference (Nov 21) and the date when expert discovery is presently set to expire (Oct 31). See Individual Practices at 1(A)(iii) & C(i), (iii) & (v). After the Court entered the "Sixth and Final" Amended Case Management Plan and Scheduling Order (ECF 46), the Court extended expert discovery to October 31 (ECF 49). Now the parties seek an extension to November 28. It is said that this will be a "final" request. I guess I'm supposed to take the parties' "final" more seriously than they take mine.

        The foregoing experience will be remembered in future scheduling in this case.

        Expert discovery extended from October 31 to November 28, 2025. The November 17, 2025 conference is adjourned to January 14, 2026 at 12:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

        SO ORDERED.

                                            P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       September 29, 2025065